**Order entered December 31, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00917-CR

**FAUSTINO VALDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00331-P**

## ORDER

Before the Court is court reporter Lisabeth Kellett's December 27, 2018 second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **TEN DAYS** of the date of this order.

/s/     LANA MYERS
         JUSTICE